## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Richard L. Duncan

    v.                                Civil No. 08-cv-477-SM

Andrew Newcome, et al

### REPORT AND RECOMMENDATION

The initial fee not having been paid by 1/9/2009 as ordered, I recommend that the case be dismissed without prejudice.

Any objections to this report and recommendation must be filed within ten days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Committee v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: January 13, 2009

cc: Richard L. Duncan, pro se