UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard L. Duncan</u>

      v.         Case No. 08-cv-477-SM

<u>Andrew Newcome, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 13, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

February  4,  2009         _____
                 Steven J. McAuliffe
                 Chief Judge

cc: Richard L. Duncan, pro se